**HILL RIVKINS LLP**
*Attorneys for Respondents*
45 Broadway – Suite 1500
New York, New York 10006
(212) 669-0600

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

| | | |
|---|---|---|
| HARREN & PARTNER SHIP MANAGEMENT de MEXICO S.A.P.I. and TYPHOON OFFSHORE S.A.P.I. de CV, | : : : | Index No.: 1:21-cv-5361 (LGS) |
| Petitioners, | : | |
| -against- | : | **NOTICE OF MOTION TO COMPEL ARBITRATION** |
| AMERICAN BUREAU OF SHIPPING, ABS GROUP OF COMPANIES, INC. ABS CONSULTING, LTD., ABSG CONSULTING INC., | : : | |
| Respondents. | : | |

------------------------------------------------------------X

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, the Declaration of Charles M. Henderson, III, dated January 31, 2022, the Exhibits thereto, the Parties' Joint Stipulation, and all pleadings and prior proceedings had herein, Respondent/Cross Petitioner American Bureau of Shipping hereby moves this Court, before the Honorable Lorna G. Schofield, U.S.D.J., for an order pursuant to 9 U.S.C. §§ 4 and/or 206, compelling Petitioners Harren & Partner Ship Management de Mexico S.A.P.I. and Typhoon Offshore S.A.P.I. de CV, to arbitrate the claims set out in the Counterpetition, and for such other and further relief as the Court may deem just and proper under the circumstances.

DATED:	January 31, 2022
	New York, NY

Respectfully submitted,

**HILL RIVKINS LLP**

By: /s/ *John J. Sullivan*

JOHN J. SULLIVAN
CHARLES M. HENDERSON, III
45 Broadway, Suite 1500
New York, NY 10006
(212) 669-0600 - Telephone
(212) 669-0698 - Facsimile
jsullivan@hillrivkins.com
chenderson@hillrivkins.com

**ATTORNEYS FOR RESPONDENTS, AMERICAN BUREAU OF SHIPPING, ABS GROUP OF COMPANIES, INC., ABS CONSULTING LTD., AND ABSG CONSULTING INC.**